## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CALDWELL-BAKER COMPANY,** *et al.*,
**Appellants,**

**v.**

**FRED AND EUGENIA PARSONS,**
**Appellees.**                                    **No. 04-801-DRH**

## ORDER

**HERNDON, District Judge:**

Now before the Court is the parties' Motion for Entry of an Order Referring Matter to Bankruptcy Court for a Limited Purpose ("Motion").  (Doc. 16.) The Court has been advised that on or about June 12, 2006 the parties entered into a Stipulation and Settlement Agreement.  Pursuant to that agreement, the Court **GRANTS** the parties' Motion (Doc. 16) and orders that this matter is hereby **REFERRED** to the United States Bankruptcy Court for the Southern District of Illinois ("Bankruptcy Court") for the **sole and limited purpose** of considering:

1. Motions for entry of the Claim Order and Vacation Order as defined in the parties' Motion; and

2. Entry of the Claim Order and Vacation Order.

Parties shall report to this Court regarding the status of proceedings in the

Bankruptcy Court **on or before October 30, 2006**.

　　　　**IT IS SO ORDERED.**

　　　　Signed this 18th day of September, 2006.


　　　　　　　　　　　　　　/s/　　　　David　RHerndon
　　　　　　　　　　　　　　**United States District Judge**