IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Caldwell-Baker Company, et al., ) <br> ) <br>     Appellants, ) <br> ) <br> vs. ) <br> ) <br> Fred and Eugenia Parsons, et al., ) <br> ) <br>     Appellees. ) | Case No. 04-CV-00801-DRH |

## ORDER GRANTING AGREED MOTION FOR DISMISSAL OF APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(c)(2)

THIS MATTER COMING TO BE HEARD ON the Agreed Motion For Dismissal of Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2) (the "Motion") filed by the parties herein; due notice having been given to all entitled thereto; and the Court having considered the Motion and being otherwise advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that

    1.    The Motion is granted.

    2.    The present appeal is dismissed with prejudice.

Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 5th day of January, 2007.

                                                    /s/       David   RHerndon
**United States District Judge**