# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CALDWELL-BAKER COMPANY, et al.,**

      Appellants,

vs.                                             Cause No. 04-CV-801 DRH

**FRED and EUGENIA PARSONS, et al.,**

      Appellees.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.------

                                      **NORBERT G. JAWORSKI, CLERK**

January 8, 2007                     By:   s/Patricia Brown
                                              Deputy Clerk

APPROVED: /s/ David R Herndon
                **U.S. DISTRICT JUDGE**